# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>               Plaintiff,<br><br>v.<br><br>Bernardo Lopez-Martinez,<br><br>               Defendant. | Case No. 23-cr-262-JO<br><br>[~~Proposed~~] 2nd Judgment and Order Granting United States' Motion to Dismiss Information Without Prejudice<br><br>The Honorable Jinsook Ohta |

Upon the motion of the United States, and good cause appearing therefrom,

IT IS HEREBY ORDERED that the Information against Defendant in this case is dismissed without prejudice.

SO ORDERED.

Dated: 5/3/23

                                                             The Honorable Jinsook Ohta
                                                             United States District Judge